UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:19-CV-14085-ROSENBERG/MAYNARD

TOWNHOUSE RESTAURANT OF
OVIEDO, INC. and
ESTERO BAY HOTEL CO.,

     Plaintiffs,

v.

NuCO2, LLC,

     Defendant.

## JOINT STATUS REPORT OF DEPOSITION SCHEDULE

Pursuant to the Court's Order dated March 31, 2020 (ECF No. 80), Plaintiffs TownHouse Restaurant of Oviedo, Inc. and Estero Bay Hotel Co., ("Plaintiffs") and Defendant NuCO2 LLC ("NuCO2"), (collectively, "the Parties"), file this joint status report of deposition schedule regarding NuCO2's declarants concerning its Opposition to Plaintiffs' Motion for Class Certification.

- **Tuesday, May 12**
    - 9:00 AM EST: Christina Buchholz
    - 1:00 PM EST: Henry H. Godbee, IV

- **Wednesday, May 13**
    - 9:00 AM EST: Dan Lisa
    - 1:00 PM EST: Justin Yoskovitz

- **Thursday, May 14**
    - 9:00 AM EST : Kevin Patton
    - 1:00 PM EST: Steve Palumbo

- **Monday, May 18**

- 9:00 AM EST: Felicia Gallagher[1]

Dated: April 8, 2020                             Respectfully submitted,

                                                 */s/ Nicholas W. Armstrong*
                                                 Nicholas W. Armstrong
                                                 Garrett Owens
                                                 **PRICE ARMSTRONG, LLC**
                                                 2226 First Avenue North
                                                 Birmingham, AL 35203
                                                 Phone: 205.208.9588
                                                 Fax: 205.208.9598
                                                 nick@pricearmstrong.com
                                                 garrett@pricearmstrong.com

                                                 Anthony J. Garcia
                                                 **AG LAW, P.A.**
                                                 742 S. Village Circle
                                                 Tampa, Florida 33606
                                                 Phone: 813.259.9555
                                                 Fax: 813.254.9555
                                                 anthony@aglawinc.com

                                                 Taylor C. Bartlett
                                                 **HENINGER GARRISON DAVIS, LLC**
                                                 2224 First Avenue North
                                                 Birmingham, Alabama 35203
                                                 Phone: 205.326.3336
                                                 taylor@hgdlawfirm.com

                                                 *Attorneys for Plaintiffs*

                                                 **BRYAN CAVE LEIGHTON PAISNER LLP**

                                             By: */s/ Kenneth J. Mallin*
                                                 David Axelman
                                                 Florida Bar No. 90872
                                                 200 S. Biscayne Blvd., Suite 400
                                                 Miami, FL 33131
                                                 Telephone: (786) 322-7500
                                                 Facsimile: (786) 322-7501
                                                 E-Mail:      david.axelman@bclplaw.com

                                                 Kenneth J. Mallin

---

[1] The Parties are working to potentially re-schedule Ms. Gallagher's deposition to a date on or before May 15, 2020, but will hold it, at the latest, on Monday, May 18, 2020.

>One Metropolitan Square
>211 North Broadway, Suite 3600
>St. Louis, MO 63102
>Telephone:      (314) 259-2000
>Facsimile:       (314) 259-2020
>E-Mail:           kjmallin@bclplaw.com
>*Admitted Pro Hac Vice*
>*Counsel for Defendant NuCO2 LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Joint Status Report of Deposition Schedule was filed this 8th day of April, 2020, via the Court's CM/ECF system which I understand will give notice to all counsel of record.

>/s/ Kenneth J. Mallin