UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| TOWNHOUSE RESTAURANT OF OVIEDO, INC. and ESTERO BAY HOTEL CO.<br>    Plaintiffs,<br>v.<br>NUCO2, LLC,<br>    Defendant. | Case No.: 2:19-cv-14085-RLR<br><br>CLASS ACTION |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this action hereby stipulate to a dismissal with prejudice and with costs taxed as paid.

Dated: December 14, 2021

Respectfully Submitted,

*/s/ Anthony J. Garcia*
Anthony J. Garcia
**AG LAW, P.A.**
742 S. Village Circle
Tampa, Florida 33606
Phone: 813.259.9555
Fax: 813.254.9555
anthony@aglawinc.com

*/s/ Taylor C. Bartlett*
Taylor C. Bartlett
**HENINGER GARRISON DAVIS, LLC**
2224 1ST Avenue North
Birmingham, AL 35203
Tel.: 205-326-3336
Fax: 205-326-3332
taylor@hgdlawfirm.com

*Attorneys for Plaintiffs*

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ C. Ryan Reetz*
C. Ryan Reetz
Florida Bar No. 934062
200 S. Biscayne Blvd., Suite 400
Miami, FL 33131
Telephone:    (786) 322-7500
Facsimile:    (786) 322-7501
E-Mail:         ryan.reetz@bclplaw.com

Kenneth J. Mallin
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone:    (314) 259-2000
Facsimile:    (314) 259-2020
E-Mail:         kjmallin@bclplaw.com
*Admitted Pro Hac Vice*

*Counsel for Defendant NuCO2 LLC*

## CERTIFICATE OF SERVICE

I certify that on December 14, 2021, I filed the foregoing using the CM/ECF system that will send electronic notice of such filing to all counsel of record.

                          */s/ C. Ryan Reetz*
                           C. Ryan Reetz